```
                                                          FILED
                                                        May 21, 2008
            UNITED STATES DISTRICT COURT FOR THE    CLERK, US DISTRICT COURT
                                                     EASTERN DISTRICT OF
              EASTERN DISTRICT OF CALIFORNIA              CALIFORNIA
                                                         DEPUTY CLERK
```

UNITED STATES OF AMERICA,         )
                                  )       Case No. 2:08MJ00184 GGH-01
            Plaintiff,            )
v.                                )       ORDER FOR RELEASE OF
                                  )       PERSON IN CUSTODY
CARL EUGENE GUSTAFSON, JR,        )
                                  )
            Defendant.            )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release __CARL EUGENE GUSTAFSON, JR__ , Case No. __2:08MJ00184 GGH-01__ , Charge __18 USC § 2252(a)(4)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of $_____

        __  Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

        ✔  (Other)       __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __May 21, 2008__ at __2:00 pm__ .

                      By   /s/ Gregory G. Hollows
                            Gregory G. Hollows
                            United States Magistrate Judge

Copy 5 - Court