1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
CARL EUGENE GUSTAFSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:08-cr-0246 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERNCE |
| v. ) | |
| ) | |
| CARL EUGENE GUSTAFSON, ) | |
| ) | |
| Defendant. ) | |

Defendant CARL EUGENE GUSTAFSON, by and through his attorney, Michael

Chastaine and the United States, by and through Assistant United States Attorney Ellen Endrizzi,

hereby stipulate and agree to continue the status conference in the above-captioned case from

Friday, July 11, 2008 at 9:00 a.m. to Friday, August 29, 2008 at 9:00 a.m.   It is further stipulated

that time is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C.

§3161(h)(8)(A).  The continuance is requested to allow the defense to complete it's analysis of

evidence in the instant matter.

Dated: July 7, 2008                    The CHASTAINE LAW OFFICE

                                       By: _____/s/ Michael Chastaine
                                             MICHAEL CHASTAINE
                                             Attorney for Carl Eugene Gustafson

Dated: July 7, 2008                    McGREGOR W. SCOTT
                                       United States Attorney

                                       By: ____/s/ Ellen Endrizzi
                                             Ellen Endrizzi
                                             Assistant U.S. Attorney

1

2                                           ORDER

3         Pursuant to the stipulation of the parties the status conference scheduled for July 11, 2008

4   at 9:00 a.m. is continued to August 29, 2008 at 9:00 a.m. and the period from July 11, 2008 to

5   August 29, 2008 is excluded from calculation under the Speedy Trial Act under 18 U.S.C.

6   §3161(h)(8)(A).

7

8   Dated: July 8, 2008

9                                           United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28