McGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2716

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-cr-246-GEB |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| CARL EUGENE GUSTAFSON, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Based upon the plea agreement entered into between plaintiff United States of America and defendant Carl Eugene Gustafson, Jr. it is hereby

    ORDERED, ADJUDGED AND DECREED as follows:

    1.  Pursuant to 18 U.S.C. § 2253, defendant Carl Eugene Gustafson, Jr.'s interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

        a)  All Maxell compact discs and photographs seized during the search warrant;

        b)  one Hewlett Packard Pavilion computer, model number 7840, serial number KR10601514;

        c)  one Hewlett Packard Pavilion computer, model

|   |   |   |
|---|---|---|
| | | number 8665C, serial number US01518488; and |
| | d) | one Compaq Deskpro computer, serial number 278727-003. |

2. The above-listed property constitutes property that contains or facilitated the possession and receipt of visual depictions possessed, transported, shipped or received in violation of 18 U.S.C. § 2252(a)(2); and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States, in its secure custody and control.

4. a. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

   b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60)

1  days from the first day of publication of the Notice of
2  Forfeiture posted on the official government forfeiture site, or
3  within thirty (30) days from receipt of direct written notice,
4  whichever is earlier.
5       5.  If a petition is timely filed, upon adjudication of all
6  third-party interests, if any, this Court will enter a Final
7  Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all
8  interests will be addressed.

Dated:  September 12, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge