```
McGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2716
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-cr-246-GEB |
| ) | |
| Plaintiff, ) | ORDER TO INCORPORATE |
| ) | PRELIMINARY ORDER OF |
| v. ) | FORFEITURE INTO JUDGMENT |
| ) | IN A CRIMINAL CASE |
| CARL EUGENE GUSTAFSON, JR., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The Preliminary Order of Forfeiture entered September 15, 2008, is hereby made final as to defendant Carl Eugene Gustafson, Jr. and shall be incorporated into the Judgment in a Criminal Case filed December 22, 2008.

IT IS SO ORDERED.

Dated:  January 5, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1