LAWRENCE G. BROWN
Acting United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2716

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-cr-246-GEB |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| CARL EUGENE GUSTAFSON, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   WHEREAS, on or about September 15, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Carl Eugene Gustafson, Jr. forfeiting to the United States the following property:

   a) All Maxell compact discs and photographs seized during the search warrant;

   b) one Hewlett Packard Pavilion computer, model number 7840, serial number KR10601514;

   c) one Hewlett Packard Pavilion computer, model number 8665C, serial number US01518488; and

   d) one Compaq Deskpro computer, serial number 278727-003.

1

1    AND WHEREAS, beginning on September 26, 2008, for at least 30
2 consecutive days, the United States published notice of the Court's
3 Order of Forfeiture on the official internet government forfeiture
4 site www.forfeiture.gov.  Said published notice advised all third
5 parties of their right to petition the court within sixty (60) days
6 from the first day of publication of the notice for a hearing to
7 adjudicate the validity of their alleged legal interest in the
8 forfeited property;
9    AND WHEREAS, the Court has been advised that no third party has
10 filed a claim to the subject property, and the time for any person
11 or entity to file a claim has expired.
12    Accordingly, it is hereby ORDERED and ADJUDGED:
13    1.  A Final Order of Forfeiture shall be entered forfeiting to
14 the United States of America all right, title, and interest in the
15 above-listed property pursuant to 18 U.S.C. § 2253, to be disposed
16 of according to law, including all right, title, and interest of
17 Carl Eugene Gustafson, Jr.
18    2.  All right, title, and interest in the above-described
19 property shall vest solely in the name of the United States of
20 America.
21    3.  The U.S. Marshals Service shall maintain custody of and
22 control over the subject property until it is disposed of according
23 to law.
24 Dated:  January 8, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28